UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION, *et al.*,

          Plaintiffs,

v.

FEDERAL BUREAU OF PRISONS,

          Defendant.

No. 1:24-cv-00699

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS**

The Clerk will please note the appearance of the undersigned as additional counsel for the Plaintiffs.

March 14, 2024

          /s/ *Emma Andersson*
Emma Andersson (CA Bar No. 260637)[1]
American Civil Liberties Union Foundation
125 Broad St. 18th Fl.
New York, NY 10004
(347) 931-6337
eandersson@aclu.org

---

[1] *Pro Hac Vice* Motion for Admission granted in Minute Order, March 14, 2024.