UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>       Defendant. | Civil Action No. 24-0699 (JMC) |

**JOINT STATUS REPORT**

Plaintiffs and Defendant Federal Bureau of Prisons (collectively, "the Parties"), through counsel, respectfully submit this Joint Status Report pursuant to the Court's May 9, 2024, Minute Order.

This is a Freedom of Information Act ("FOIA") case. Plaintiffs filed a complaint on March 11, 2024. ECF No. 1. Plaintiffs seek information about the placement of people in home confinement in accordance with the Coronavirus Aid, Relief, and Economic Security Act. *Id.* Defendant answered the complaint on May 8, 2024. ECF No. 10.

On May 9, 2024, the Court ordered the Parties "to confer and submit a joint proposed schedule for further proceedings, which shall include a proposed schedule for the processing and release of responsive records or for briefing dispositive motions, by May 23, 2024." Min. Ord., May 9, 2024.

On May 20, 2024, Defendant sent Plaintiffs an Excel spreadsheet in response to Item 1 of Plaintiffs' FOIA request. Defendant informed Plaintiffs that Item 2 of their request will be provided in the next rolling release. Defendant anticipates sending the second and final rolling release by July 31, 2024.

The Parties believe it is premature at this time to address whether a briefing schedule will be required in this case. The Parties propose deferring this question until after Defendant has completed its response to Plaintiff's FOIA request.

The Parties respectfully propose that they file an additional Joint Status Report on or before August 16, 2024, to update the Court on the status of the FOIA request.

| | |
|---|---|
| Dated: May 22, 2024<br>Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:        /s/ M. Jared Littman<br>      M. JARED LITTMAN<br>      Assistant United States Attorney<br>      601 D Street, NW<br>      Washington, DC 20530<br>      (202) 252-2523<br>      Jared.Littman@usdoj.gov<br><br>*Attorneys for the United States of America* |
| Emma A. Andersson (CA Bar No. 260637)[1]<br>American Civil Liberties Union Foundation<br>125 Broad Street – 18th floor<br>New York, NY 10004<br>(347) 931-6337<br>eandersson@aclu.org | /s/ Arthur B. Spitzer<br>Arthur B. Spitzer (D.C. Bar No. 235960)<br>American Civil Liberties Union Foundation<br>  of the District of Columbia<br>529 14th Street, NW, Suite 722<br>Washington, DC 20045<br>(202) 601-4266<br>aspitzer@acludc.org |

*Attorneys for Plaintiffs*

---

[1] Admitted *pro hac vice* in March 14, 2024 minute order.