UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS, <br><br> Defendant. | Civil Action No. 24-0699 (JMC) |

**JOINT STATUS REPORT**

Plaintiffs and Defendant Federal Bureau of Prisons (collectively, "the Parties"), through counsel, respectfully submit this Joint Status Report pursuant to the Court's Scheduling Order of May 28, 2024 (ECF No. 12).

This is a Freedom of Information Act ("FOIA") case. Plaintiffs filed a complaint on March 11, 2024. ECF No. 1. Plaintiffs seek information about the placement of people in home confinement in accordance with the Coronavirus Aid, Relief, and Economic Security Act. *Id.* Defendant answered the complaint on May 8, 2024. ECF No. 10.

On May 20, 2024, Defendant sent Plaintiffs an Excel spreadsheet in response to Item 1 of Plaintiffs' FOIA request. On August 7, 2024, Defendant sent Plaintiffs an Excel spreadsheet in response to Item 2 of Plaintiff's FOIA request. Defendant has completed the search for, and processing of, responsive records. As such, it is Defendant's position that Defendant has released all responsive, non-exempt records to Plaintiff. Plaintiff is reviewing Defendant's release.

The Parties respectfully propose that they file an additional Joint Status Report apprising the Court as to the status of the case, on or before October 15, 2024.

| | |
|---|---|
| Dated: August 14, 2024<br>Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: _____/s/ M. Jared Littman_____<br>M. JARED LITTMAN<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2523<br>Jared.Littman@usdoj.gov<br><br>*Attorneys for the United States of America* |
| Emma A. Andersson (CA Bar No. 260637)[1]<br>American Civil Liberties Union Foundation<br>125 Broad Street – 18th floor<br>New York, NY 10004<br>(347) 931-6337<br>eandersson@aclu.org | /s/  Arthur B. Spitzer<br>Arthur B. Spitzer (D.C. Bar No. 235960)<br>American Civil Liberties Union Foundation<br>   of the District of Columbia<br>529 14th Street, NW, Suite 722<br>Washington, DC 20045<br>(202) 601-4266<br>aspitzer@acludc.org |

*Attorneys for Plaintiffs*

---

[1] Admitted *pro hac vice* in March 14, 2024 minute order.

- 2 -