UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>Defendant. | Civil Action No. 24-0699 (SLS) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties hereby stipulate to the dismissal of this case with prejudice, each party to bear its own costs and fees.

Date:  February 6, 2025

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____/s/ M. Jared Littman_____
　　　M. JARED LITTMAN
　　　Assistant United States Attorney
　　　601 D Street, NW
　　　Washington, DC 20530
　　　(202) 252-2523
　　　Jared.Littman@usdoj.gov

*Attorneys for the United States of America*

        */s/ Emma Andersson*
Emma A. Andersson (CA Bar No. 260637)[1]
American Civil Liberties Union Foundation
125 Broad St. – 18th Floor
New York, NY 10004
(347) 931-6337
eandersson@aclu.org


Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
of the District of Columbia
529 14th Street, NW, Suite 722
Washington, DC 20045
(202) 601-4266
aspitzer@acludc.org

*Attorneys for Plaintiffs*

---

[1] Admitted *pro hac vice* in March 14, 2024 minute order.